1  **WO**

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ray Anthony Thomas, | No. CV 04-1493-PHX-SMM |
| Plaintiff, | **ORDER RE: FINAL PRETRIAL CONFERENCE** |
| vs. | |
| Antonio Bacca, Deputy Warden, et al., | |
| Defendants. | |

A Final Pretrial Conference has been set in this case for **Wednesday, March 14, 2007 at 4:00 p.m.**  Accordingly,

**IT IS ORDERED** that the parties shall file and serve all motions in limine no later than **February 9, 2007**.  Each motion in limine shall include the legal basis supporting it. Responses to motions in limine are due **February 16, 2007**.  No replies will be permitted. The attorneys for all parties shall come to the Final Pretrial Conference prepared to address the merits of all such motions.

**IT IS FURTHER ORDERED** directing the parties to submit their proposed voir dire questions, joint statement of the case, and stipulated jury instructions on IBM-PC compatible computer disk in WordPerfect® 7.0 format in addition to the written materials filed with the Clerk of the Court.  (360K, 720K, 1.24K, and 1.44K diskettes are all acceptable).

1 **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
2 possibility of settlement and should settlement be reached, the parties shall file a Notice of
3 Settlement with the Clerk of the Court.

4 **IT IS FURTHER ORDERED** that this Court views compliance with the provisions
5 of this Order as critical to its case management responsibilities and the responsibilities of the
6 parties under Rule 1 of the Federal Rules of Civil Procedure.

7 DATED this 19th day of December, 2006.

*[signature]*

Stephen M. McNamee
United States District Judge

- 2 -