WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ray Thomas, | No. CV 04-1493-PHX-SMM (GEE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Antonio Baca, et al., | |
| Defendants. | |

Pending before the Court is Defendant Duran's Motion to Enlarge Deadlines to File Motions in Limine and Responses (Dkt. 80). Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Duran's Motion to Enlarge Deadlines to File Motions in Limine and Responses (Dkt. 80) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Duran shall have through February 16, 2007, to file motions in limine and the parties shall have through March 2, 2007, to respond to motions in limine. No replies will be permitted.

**IT IS FURTHER ORDERED** that Defendant Duran shall have through March 2, 2007, to submit all pre-trial materials, including proposed jury instructions and proposed voir dire.

DATED this 5th day of February, 2007.

Stephen M. McNamee
United States District Judge